UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **USDC-SDNY** | |
| **DOCUMENT** | |
| **ELECTRONICALLY FILED** | |
| **DOC#:** | |
| **DATE FILED:** 07/26/2022 | |

---

VERONICA MADDY, *on behalf of herself and all others similarly situated,*

                                    Plaintiff,

                v.

GURNEYS INN RESORT & SPA LLC,

                                    Defendant.

---

22-CV-5886 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. It is hereby:

    ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action.  To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

    IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:     July 26, 2022
           New York, New York

                                    _____
                                    Ronnie Abrams
                                    United States District Judge