UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERONICA MADDY, *on behalf of herself and all others similarly situated*,

                                     Plaintiff,

                        v.

GURNEYS INN RESORT & SPA LLC,

                                     Defendant.

22-CV-5886 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On July 26, 2022, the Court ordered the parties to meet and confer within 30 days, and within 45 days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. To date, no letter has been filed.

The parties shall submit their joint letter no later than October 21, 2022. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      October 11, 2022
             New York, New York

Ronnie Abrams
United States District Judge