UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, *on behalf of herself and all others similarly situated*,

                Plaintiff,

v.

GURNEYS INN RESORT & SPA LLC,

                Defendant.

22-CV-5886 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 26, 2022, the Court ordered the parties to meet and confer within 30 days of service of the summons and complaint, and within 45 days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. The summons and complaint were served on October 14, 2022. To date, no letter has been filed.

    The parties shall submit their joint letter no later than December 30, 2022. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 16, 2022
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge