UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERONICA MADDY, *on behalf of herself and all others similarly situated*,

Plaintiff,

v.

GURNEYS INN RESORT & SPA LLC,

Defendant.

---

No. 22-cv-5886 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On July 26, 2022, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 45 days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. The summons and complaint were served on October 14, 2022. After Defendant failed to appear, Plaintiff obtained a certificate of default on December 17, 2023. Defendant then appeared four days later. The parties stipulated to setting aside the default, and Defendant filed a responsive pleading on March 22, 2023. No further activity has taken place on the docket.

The Court will thus repeat its instructions from last July: If the parties have not done so already, no later than April 27, 2023, they shall meet and confer for at least one hour in a good-faith attempt to settle this action. Within fifteen days of the meet and confer, the parties are to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:        April 17, 2023
              New York, New York

Ronnie Abrams
United States District Judge