UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
VERONICA MADDY, individually and on behalf of all others similarly situated,

                Plaintiffs,

  -against-

GURNEY'S INN RESORT & SPA LLC.

                Defendant.
---------------------------------------------------------------X

Case No. 22-cv-5886

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: August 1, 2023

Hicksville, New York

| MARS KHAIMOV LAW, PLLC | LITTLER MENDELSON P.C. |
|---|---|
| By: _____ *(signature)* | By: _____ *(signature)* |
| Mars Khaimov, Esq.<br>100 Duffy Avenue, Suite 510<br>Hicksville, New York 11801<br>Tel.: 929.324.0717<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | Vinay D. Patel, Esq.<br>900 Third Avenue, 8th Floor<br>New York, NY 10022<br>(212) 583-9600<br>VPatel@littler.com<br>*Attorneys for Defendant* |

SO ORDERED: _____ *(signature)*
U.S.D.J
              Hon. Ronnie Abrams
              August 2, 2023